UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

---

JEREMY GREY,

    Plaintiff,

v.                                No. 2:22-cv-02148

PIRANHA INC.,

    Defendants.

---

NOTICE OF VOLUNTARY DISMISSAL

---

The Plaintiff states that he is desirous of the voluntary dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 20th day of MARCH, 2023.

                                              */s/ Rebecca J. Hutto*
                                              REBECCA J. HUTTO #39252
                                              *Attorney for Plaintiff*
                                              208 Adams Avenue
                                              Memphis, TN 38103
                                              (901) 523-1844

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of MARCH, 2023, the Notice of Voluntary Dismissal was served that day on all parties of record identified on the Service List set forth below via transmission of electronic mail and the Court's ECF system.

*/s/ Rebecca J. Hutto*

SERVICE LIST:

PIRANHA, INC.
C/O SAMUEL A. TADESSE
2400 AIRWAYS BLVD
MEMPHIS, TN 38114